UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00187-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  BRIAN T.C. WARING,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Monday, June 6, 2011,** and responses to these motions shall be filed by **Monday, June 20, 2011.**  It is

FURTHER ORDERED that a hearing on all pending motions, is set for **Monday, June 27, 2011, at 3:30 p.m.**, and final trial preparation conference is set for **Thursday, July 7, 2011, at 1:30 p.m. in courtroom A-1002**  It is

FURTHER ORDERED that a 12-day jury trial is set for **Monday, July 18, 2011, at 9:00 a.m. in courtroom A-1002.**

Dated: May 13, 2011.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL
CHIEF U. S. DISTRICT JUDGE