UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00187-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRIAN T.C. WARING,

    Defendant.

## ORDER

Upon consideration of the Defendant's Motion to Disclose Grand Jury Materials under Specified Conditions to the Attorney for Defendant, filed June 6, 2011, [ECF No. 10], it is

ORDERED that a copy of the transcripts of the testimony identified in the Defendant's motion, and accompanying exhibits, be disclosed to the attorney for the Defendant for preparation for trial.

IT IS FURTHER ORDERED that:

1.    Defense counsel make only such copies as are necessary to prepare a defense of the criminal case;

2.    Defense counsel keep a record concerning how many copies were made, to whom these copies were delivered, and the date of delivery, and that defense counsel deliver a copy of this Order allowing disclosure to any persons who may view these materials during the preparation of Defendant Waring's defense;

      3.     Defense counsel may provide the Defendant with reasonable access to the grand jury materials, but that defense counsel not allow the Defendant to retain copies of any grand jury materials;

      4.     No person, other than defense counsel, make any copy of the grand jury materials for any purpose; and

      5.     At the conclusion of the case in this Court, by entry of the Court's judgment, defense counsel collect all such copies and return them to the government within ten days.

Dated: June 14, 2011.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL
CHIEF U. S. DISTRICT JUDGE