UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00187-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

BRIAN T.C. WARING,

     Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     This matter comes before the Court on the joint Status Report & Motion for Exclusion of Additional Time Under the Speedy Trial Act, filed August 19, 2011 [ECF No. 16]. As the parties state that they will either reach a plea agreement or will need additional time to prepare for trial, it is now Ordered that the parties shall appear for a status conference on **Thursday, September 8, 2011** at **2:00 p.m.** in Courtroom A-1002.

     If the parties reach an agreement that they wish to change the hearing into one at which the Defendant changes his plea, counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date. If the documents are not timely submitted, the hearing will be **VACATED**. **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

     Dated August 22, 2011