UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00187-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  BRIAN T.C. WARING,

     Defendant.

---

**ORDER**

---

     A Notice of Disposition was filed in the above matter on **Tuesday, September 6, 2011**.  A Change of Plea hearing is set for **Thursday, September 8, 2011, at 2:00 p.m.**

     **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than <u>72 HOURS</u> before the hearing date.**  If the documents are not timely submitted, the hearing will be **VACATED**.  **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

     Dated:  September 6, 2011.