# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# SENIOR JUDGE WILEY Y. DANIEL

| | | | |
|---|---|---|---|
| Date: | September 25, 2014 | Probation: | Justine Kozak |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Darlene Martinez | | |

Criminal Case No:   **11-cr-00187-WYD**            Counsel:

UNITED STATES OF AMERICA,                         Matthew T. Kirsch

       Plaintiff,

v.

**1.  BRIAN T. C. WARING**,                        Stephen C. Peters

       Defendant.

## SENTENCING

**2:32 p.m.**      Court in Session - Defendant present (on-bond)

> **Change of Plea Hearing - Thursday, September 8, 2011, at 2:00 p.m.**
> **Plea of Guilty - one-count Superseding Information.**

       APPEARANCES OF COUNSEL.

       Court's opening remarks.

2:32 p.m.      Statement on behalf of Government (Mr. Kirsch).

2:33 p.m.      Statement on behalf of Defendant (Mr. Peters).

2:34 p.m.      Statement on behalf of Government (Mr. Kirsch).

2:35 p.m.      Statement on behalf of Defendant (Mr. Peters).

| | |
|---|---|
| 2:42 p.m. | Statement and argument on behalf of Government (Mr. Kirsch). |
| 2:48 p.m. | Statement and argument on behalf of Defendant (Mr. Peters). |
| 3:14 p.m. | Statement and argument on behalf of Government (Mr. Kirsch). |
| 3:20 p.m. | Defendant's witness **Mary Jo Zanichelli** sworn. |
| 3:20 p.m. | Direct examination by Defendant (Mr. Peters).<br>*EX ID:     A, B, C, D* |

**Exhibit(s) A, B, C, D RECEIVED.**

| | |
|---|---|
| 3:38 p.m. | Cross examination by Government (Mr. Kirsch).<br>*EX ID:     B* |
| 3:47 p.m. | Re-Direct examination by Defendant (Mr. Peters). |
| 3:50 p.m. | Defendant rests. |
| 3:51 p.m. | Statement by Defendant on his own behalf (Mr. Waring). |
| 3:57 p.m. | Statement on behalf of Probation (Ms. Kozak). |
| 4:01 p.m. | Statement and argument on behalf of Government (Mr. Kirsch). |
| 4:02 p.m. | Statement and argument on behalf of Defendant (Mr. Peters). |
| | Court makes findings. |
| **ORDERED:** | Government's Motion for Offense Level Reduction Pursuant to U.S.S.G. § 3E1.1(b) [ECF Doc. No. 62], filed August 25, 2014, is **GRANTED.** |
| | Order is **APPROVED BY THE COURT.** |
| **ORDERED:** | Governments Motion for Offense Level Reduction Pursuant to U.S.S.G. §3E1.1(b) [ECF Doc. No. 67], filed September 25, 2014, is **DENIED AS MOOT.** |
| **ORDERED:** | Government's Section 5K1.1 Motion for Downward Departure Based on Substantial Assistance [ECF Doc. 57], filed August 14, 2014, is **GRANTED.** |
| **ORDERED:** | Defendant Waring's Motions for Downward Departure [ECF Doc. No. 58], filed August 19, 2014, is **DENIED.** |

**ORDERED:**   Defendant's Motion for Variance and Nonguideline Sentence [ECF Doc. No. 59], filed August 19, 2014, is **GRANTED IN PART and DENIED IN PART.**

**ORDERED:**   Defendant be **imprisoned** for **18** months.

**Court RECOMMENDS that the Bureau of Prisons place the defendant at the Federal Prison Camp in Florence, CO and be allowed to participate in the Alcoholic Anonymous program.**

**ORDERED:**   Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED:**   **Conditions** of **Supervised Release** are:

(X)   Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(X)   Defendant shall not commit another federal, state or local crime.

(X)   Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X)   Defendant shall comply with standard conditions adopted by the Court.

(X)   If the judgment in this case imposes a fine or restitution obligation, it shall be a condition of supervised release that the Defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the schedule of payments set forth in the judgment.

(X)   The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on supervision and two periodic tests thereafter.

(X)   The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:**   **Special Condition(s)** of **Supervised Release** are:

(X)   The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence.

(X)      As directed by the probation officer, the defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court ordered financial obligation in this case.

(X)      If the defendant has an outstanding financial obligation, the probation office may share any financial or employment documentation relevant to the defendant with the Asset Recovery Division of the United States Attorney's Office to assist in the collection of the obligation.

(X)      The defendant shall document all income or compensation generated or received from any source and shall provide such information to the probation officer as requested.

(X)      All employment for the defendant shall be approved in advance by the supervising probation officer and the defendant shall not engage in any business activity unless approved by the probation officer.  All approved business activity must operate under a formal, registered entity, and the defendant shall provide the probation officer with the business entities and their registered agents.  The defendant shall maintain business records for any approved business activity and provide all documentation and records as requested by the probation officer.

(X)      The defendant shall maintain separate personal and business finances and shall not comingle personal and business funds or income in any financial accounts, including but not limited to bank accounts and lines of credit.

**ORDERED:**   The defendant shall make restitution in the amount of **$3,800,381.00** to the victims and in the amounts indicated in the presentence report. Restitution is ordered jointly and severally with the following defendants:

| Name | Case Number | Amount |
| --- | --- | --- |
| Peter Vincent Capra | 12-cr-00178-RBJ | $514,298.00 |

Each victim shall receive an approximately proportional payment based on the victim's share of the total loss.

The Court has determined that the defendant does not have the ability to pay interest, and it is ordered that the interest requirement is waived for the restitution.  The defendant shall pay a special assessment of $100, due and payable immediately.

**ORDERED:**   Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:**     **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

It is **ORDERED** that payment of the monetary obligations shall be due as follows:
**The special assessment and restitution obligation are due immediately. Any unpaid restitution balance upon release from incarceration shall be paid in monthly installment payments during the term of probation or supervised release.  The monthly installment payment will be calculated as at least 10 percent of the defendant's gross monthly income.**

**ORDERED:**     Defendant may surrender voluntarily as follows:  **Report to the designated institution on or before Tuesday, November 18, 2014, at 12:00 noon.**

**ORDERED:**     Defendant advised of right to appeal the sentence imposed by the Court.  Any notice of appeal must be filed within fourteen (14) days.  Defendant advised of right to appeal in forma pauperis.

**ORDERED:**     Government's Motion to Dismiss Indictment with Prejudice [ECF Doc. No. 68], filed September 25, 2014, is **GRANTED.**

Order Dismissing Indictment with Prejudice is **APPROVED BY THE COURT.**

The court finds that defendant **is not** likely to flee or be a danger to self or others and it is **ORDERED**:  **BOND CONTINUED.**

**4:46 p.m.**      Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:   2:14**