UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00187-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  BRIAN T.C. WARING,

    Defendant.

## ORDER

Upon consideration of the Government's Motion Pursuant to U.S.S.G. § 3E1.1(b), and for good cause shown, it is hereby

ORDERED that Government's Motion for Offense Level Reduction Pursuant to U.S.S.G. §3E1.1(b) [ECF Doc. No. 62], filed August 25, 2014, is **GRANTED.**  It is further

ORDERED that defendant shall receive an additional one-point reduction in the defendant's offense level.

Dated: September 25, 2014.

                BY THE COURT:

                /s/ Wiley Y. Daniel
                WILEY Y. DANIEL,
                SENIOR UNITED STATES DISTRICT JUDGE