UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00187-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  BRIAN T.C. WARING,

    Defendant.

## ORDER DISMISSING INDICTMENT WITH PREJUDICE

    This matter is before the Court on the United States' Motion to Dismiss Indictment with Prejudice [ECF Doc. No. 68].  The Court having considered this motion and for good cause shown, it is hereby

    ORDERED that Government's Motion to Dismiss Indictment with Prejudice [ECF Doc. No. 68], filed September 25, 2014, is **GRANTED.**  It is further

    ORDERED that the Indictment against Defendant Brian T. C. Waring is hereby **DISMISSED WITH PREJUDICE.**

    Dated: September 25, 2014.

                                          BY THE COURT:

                                          /s/ Wiley Y. Daniel
                                          WILEY Y. DANIEL,
                                          SENIOR UNITED STATES DISTRICT JUDGE